**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03034-KLM

CARLOS CUESTA, et al.

    Plaintiffs,

vs.

DRURY HOTELS COMPANY, LLC,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

COMES NOW the Plaintiffs, with consent of Defendant, to inform the Court that the parties have settled the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal with prejudice within the next sixty days. The parties request that the Court enter a 60-day order which will administratively terminate the action and moot all pending deadlines.

Respectfully submitted this 13th day of June 2022.

                                                            <u>s/ Jon G. Shadinger Jr.</u>
                                                            Jon G. Shadinger Jr., Esq.
                                                            Shadinger Law, LLC
                                                            717 E. Elmer Street, Suite 7
                                                            Vineland, NJ 08360
                                                            Phone (609) 319-5399
                                                           Fax (314) 898-0458
                                                           js@shadingerlaw.com
                                                           *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of June 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                   */s/ Jon G. Shadinger Jr.*
                                                                   Jon G. Shadinger Jr., Esq.