IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03034-KLM

CARLOS CUESTA, et al.

    Plaintiffs,

vs.

DRURY HOTELS COMPANY, LLC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Jessica S. Reed-Baum |
| Jon G. Shadinger Jr., Esq. | Jessica S. Reed-Baum, Esq. |
| Shadinger Law, LLC | Jackson Lewis P.C. |
| 717 E. Elmer Street, Suite 7 | 950 17th Street, Suite 2600 |
| Vineland, NJ 08360 | Denver, Colorado 80202 |
| js@shadingerlaw.com | Phone (303) 892-0404 |
| Phone (609) 319-5399 | jessica.reed-baum@jacksonlewis.com |
| Fax (314) 898-0423 | *Attorneys for Defendant* |
| *Attorney for Plaintiffs* | |

Dated: June 29, 2022